# CASE ANNOUNCEMENTS
*May 25, 2011*

[Cite as *05/25/2011 Case Announcements*, 2011-Ohio-2420.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–1313.   **Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008–V–253. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER and MCGEE BROWN, JJ., dissent.

2011–0347.   **[State ex rel.] Hatfield v. Fais.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

2011–0354.   **State ex rel. Huff v. Wright.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

2011–0391.   **HoneyBaked Foods, Inc. v. Affiliated FM Ins. Co.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Western Division, case No. 3:08CV01686. On review of preliminary memoranda. The court determines that it will not answer the certified question. This cause is therefore dismissed. Motion for admission pro hac vice of Thomas S. Brown granted.

O'CONNOR, J., and LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would answer the certified question.

2011–0397.   **[State ex rel.] Sturdivant v. McDonnell.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

2011–0399.   **State ex rel. Lockhart v. Sheeran.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

2011–0516.   **Washington v. Morgan.**
In Habeas Corpus. On petition for writ of habeas corpus of Jimmie L. Washington. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

2011–0547.   **Selby v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Brian Selby. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.